# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-134 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| TERRION CALDWELL, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on October 23, 2024. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on April 28, 2025. The defendant admitted to the following violations:

1. New Law Violation; and
2. Illicit Drug Use.

On November 5, 2024, the U.S. Probation Office submitted a Supplemental Report to make the Court aware of a new additional violation:

3. Illicit Drug Use.

The magistrate judge filed a report and recommendation on April 28, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the

conditions of his supervised release as set forth in all three violations.

A final supervised release violation hearing was conducted on June 4, 2025. Present were the following: Assistant United States Attorney David Toepfer, representing the United States; Assistant Federal Public Defender Carolyn Kucharski, representing the defendant; the defendant Terrion Caldwell, and United States Probation Officer Sabrina Jackson.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 3 contained in the Supplemental Report dated April 24, 2025, and Violation 2 as contained in the Violation Report dated October 23, 2024.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 24 months, to be served consecutively to the undischarged sentence in the Cuyahoga County Common Pleas Court, case number CR-24-695283. The defendant is to receive credit for time served to date. The Court recommends that the defendant be placed in FCI Cumberland. No supervised release to follow.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: June 4, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**